No. 515. ROEBLING *v*. COMMISSIONER OF INTERNAL REVENUE. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Ellsworth C. Alvord, Floyd F. Toomey,* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Hilbert P. Zarky* for respondent.

No. 519. MUNGER ET AL. *v*. CREWS ET AL.; and

No. 541. HOEHN ET AL. *v*. CREWS ET AL. November 13, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. P. C. Simons* for petitioners in No. 519. *Mr. Harry O. Glasser* for petitioners in No. 541.

No. 533. IRVING AIR CHUTE Co., INC. *v*. COMMISSIONER OF INTERNAL REVENUE. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ralph M. Andrews* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Harry Baum* for respondent. *Mr. Mitchell B. Carroll,* as *amicus curiae,* filed a brief in support of the petition.

No. 536. BENJAMIN *v*. JASPAN, TRUSTEE IN BANKRUPTCY. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner.